The People of the State of New York, Respondent, *v.* Nicholas Malavassi, Appellant.

The People of the State of New York, Respondent, *v.* Joseph Romano, Appellant.

The People of the State of New York, Respondent, *v.* George Stoddard, Jr., Appellant.

Submitted November 23, 1936; decided December 31, 1936.

*Louis Baron* and *Henry Klauber* for appellants.

*Thomas J. Walsh*, District Attorney (*Thomas K. Hall* of counsel), for respondent.

In each case, order affirmed; no opinion.

Concur: Crane, Ch. J., Lehman, O'Brien, Hubbs, Crouch, Loughran and Finch, JJ.